# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39609**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Jacob D. WALSH**
Staff Sergeant (E-5), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 21 August 2019

————————————

*Military Judge:* Jefferson B. Brown.

*Approved sentence:* Bad-conduct discharge, confinement for 14 months, reduction to E-1, and a reprimand. Sentence adjudged 13 November 2019 by GCM convened at Minot Air Force Base, North Dakota.

*For Appellant:* Lieutenant Colonel Garrett M. Condon, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Mary Ellen Payne, Esquire.

Before J. JOHNSON, POSCH, and KEY, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).[*]

————————————

[*] *Manual for Courts-Martial, United States* (2016 ed.).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court